Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| Harold Formella,<br><br>Plaintiff,<br><br>v.<br><br>CCT Auto Trans, Inc., *et al.*,<br><br>Defendants. | Case No. 2:26-cv-13092-RJW-KJA<br>Hon. Robert J. White<br>Magistrate Kimberly J. Altman |

**NOTICE OF APPEARANCE**

TO: Clerk of Court & All Counsel of Record

Notice is hereby given that Alexander P. Kemp of Michigan Auto Law, P.C. enters his appearance in the above-entitled cause of action as an attorney for Plaintiff, Harold Formella.

MICHIGAN AUTO LAW, P.C.

BY: /s/ Alexander P. Kemp
ALEXANDER P. KEMP (P80963)
*Attorney for Plaintiff*

KEVIN H. SEIFERHELD (P58016)
LEO J. ST. AMOUR (P88642)
*Attorneys for Plaintiff*
kseiferheld@michiganautolaw.com
akemp@michiganautolaw.com
lstamour@michiganautolaw.com
30101 Northwestern Highway
Farmington Hills, MI 48334
(248) 353-7575 | (248) 254-8081 (fax)

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing instrument was filed with the Clerk of Court using the Court's CM/ECF system, which sent a Notice of Electronic Filing (NEF) to all counsel of record.

/s/ Alexander P. Kemp
Alexander P. Kemp