Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HAROLD FORMELLA,

Plaintiff,

v.

CCT AUTO TRANS, INC., *et al.*,

Defendants.

Case No. 2:26-cv-13092-RJW-KGA

Honorable Robert J. White

**PLAINTIFF'S REPLY TO DEFENDANTS, CCT AUTO TRANS, INC., AND DORMAN POLLETTE'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES**

NOW COMES Plaintiff, HAROLD FORMELLA, by and through his attorneys, MICHIGAN AUTO LAW, P.C., and in Reply to Defendants, CCT AUTO TRANS, INC. and DORMAN POLLETT's Answer to Plaintiff's Complaint and Affirmative Defenses, categorically denies each and every allegation adverse to Plaintiff contained therein.

MICHIGAN AUTO LAW, P.C.

BY: /s/ Kevin H. Seiferheld
KEVIN H. SEIFERHELD (P58016)
Attorney for Plaintiff
30101 Northwestern Hwy.
Farmington Hills, MI 48334
(248) 3530-7575

Dated: September 14, 2026

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing instrument was filed with the Clerk of Court on September 14, 2026, using the Court's CM/ECF system, which sent a Notice of Electronic Filing (NEF) to all counsel of record.

/s/ Kevin H. Seiferheld
KEVIN H. SEIFERHELD (P58016)

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575