UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HAROLD FORMELLA,<br><br>Plaintiff,<br><br>v.<br><br>CCT AUTO TRANS, INC., *et al.*,<br><br>Defendants. | Case No. 26-cv-13092<br><br>Honorable Robert J. White |

**STIPULATED ORDER DISMISSING DEFENDANT 2264236 ONTARIO, INC. WITHOUT PREJUDICE**

This matter having come before the Court upon a stipulation between the parties and the Court otherwise being fully informed of the premises;

It is hereby **ORDERED** that Plaintiff's claims against Defendant 2264236 Ontario, Inc., d/b/a Ameri-Can Systems are **DISMISSED WITHOUT PREJUDICE,** each party to bear its own costs and attorney fees.

The Clerk of Court is respectfully **DIRECTED** to terminate 2264236 Ontario, Inc., d/b/a Ameri-Can Systems as a Defendant in the above-entitled cause of action.

**SO ORDERED.**

s/Robert J. White
Robert J. White
United States District Judge

Dated: 9/22/2026

**STIPULATED TO:**

/s/ Leo J. St. Amour
LEO J. ST. AMOUR (P88642)
Attorney for Plaintiff

/s/ Michael T. Franz (*with consent*)
MICHAEL T. FRANZ (P84079)
Attorney for Defendants CCT Auto Trans, Inc. and Dorman Pollett