UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD FORMELLA,

Plaintiff(s),

v.

CCT AUTO TRANS, INC., et al.,

Defendant(s).

Case No. 26-cv-13092

Honorable Robert J. White

# SCHEDULING ORDER

This civil case having come before the Court pursuant to Federal Rule of Civil Procedure 16 and the Parties having submitted a proposed discovery plan, the Court enters the following schedule to manage the progress of the case:

| EVENT / FILING[1] | DATE / TIMEFRAME |
|---|---|
| Amendment of pleadings | October 30, 2026 |
| Lay and expert witness lists filed | February 1, 2027 |
| Interim status conference (remote) | June 10, 2027 at 11:00 am |
| Discovery completed by | April 30, 2027 |
| Expert discovery completed by | May 31, 2027 |
| Dispositive motions filed by | June 30, 2027 |
| Challenges to experts | June 30, 2027 |

[1] For any events not listed here, please refer to Federal Rule of Civil Procedure 26.

| | |
|---|---|
| Joint proposed final pretrial order and Motions *in limine* (*see* Case Management Requirements § VI) | TBD |
| Final Pretrial Conference | TBD |
| Jury/Bench trial | TBD |
| Estimated length of trial | TBD |

As this case progresses, the Parties should continually review the Court's Case Management Requirements.

Dated: October 29, 2026

s/Robert J. White
Robert J. White
United States District Judge